MINUTE ENTRY
MORGAN, J.
JANUARY 13, 2016

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 15-61 |
| WENDY ERVIN | SECTION "E" |

### JUDGE SUSIE MORGAN, PRESIDING

**WEDNESDAY, JANUARY 13, 2016 AT 2:00 P.M.**

COURTROOM DEPUTY:      Cesyle Nelson
COURT REPORTER:        Karen Ibos

APPEARANCES:           Patrice H. Sullivan for the Government
                       Jason Williams and Nicole Burdett for Wendy Ervin

**SENTENCING**

The defendant was present with her counsel and placed under oath.

The probation officer revised the Pre-Sentence Report to satisfy the defendant's objections, therefore, the objections were overruled as moot.

The Court adopted the factual statements contained in the revised final report, as supplemented by the addenda, as its findings of fact.

The Court, having reviewed the Pre-Sentence Report, now expressly accepts the defendant's plea agreement.

The defendant addressed the court in mitigation of punishment.

The defendant was sentenced on count 23 of the indictment. Written judgment will be entered.

The Court advised the defendant of her right to appeal her conviction and sentence.

The defendant was released and ordered to report to the United States Probation Office.

JS-10:0:20